# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Riley S. Kuntz, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| AAA Collections, Inc., | ) | Case No. 1:18-cv-017 |
| | ) | |
| Defendant. | ) | |

Plaintiff Riley S. Kuntz ("Kuntz") initiated the above-entitled action *pro se* on January 26, 2018. (Doc. No. 1). He filed notice of his consent to the undersigned's exercise of jurisdiction on February 1, 2018. (Doc. No. 4). He next filed a "Stipulation for Order of Dismissal with Prejudice" (Doc. No. 5) on April 10, 2018. As no one has entered an appearance on defendant's behalf or otherwise executed the "stipulation" on defendant's behalf, the court shall construe the "stipulation" filed by Kuntz as a notice of voluntarily dismissal. Accordingly, the court **DISMISSES** the above-entitled action with prejudice and without costs to either party.

**IT IS SO ORDERED.**

Dated this 18th day of April, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court